UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IRON WORKERS OF WESTERN PENNSYLVANIA PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAREMARK RX, INC., et al.,<br><br>Defendants | Case No. 3:06-1097<br>Judge Trauger |

### ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Stay Proceedings filed by the defendant (Docket No. 33) is **GRANTED**. The Motion for Expedited Discovery and Order to Show Cause Why a Preliminary Injunction Should Not Issue filed by the plaintiff (Docket No. 20) is **DENIED** as moot. This case is **STAYED** and administratively closed, pending further order of the court.

It is so ordered.

Entered this 5th day of January 2007.

_____
ALETA A. TRAUGER
United States District Judge